1  MICHAEL W. BERDINELLA, SBN: 085038
   Law Office of Michael W. Berdinella
2  726 West Barstow, Suite 100
   Fresno, CA 93704
3  Phone: (559) 436-8000
   Fax:   (559) 436-8900
4

5  Attorney Richard Melella

**FILED**
MAY 0 6 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:13-CR-00267-LJO |
|---|---|
| Plaintiff, | ) **STIPULATION OF COUNSEL AND** |
| vs. | ) ~~PROPOSED~~ **ORDER** |
| RICHARD MELELLA, | ) |
| Defendant. | ) |

**TO THE HONORABLE ERICA P. GROSJEAN, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:**

On May 2, 2016, Richard Melella, through his Counsel Michael W. Berdinella and the United States Government, through their Counsel Christopher Baker, appeared before the Honorable Stanley A. Boone for a Status Hearing in regards to a Violation of Supervised Release. Defense Counsel for Richard Melella requested a Continuance that was granted until June 8, 2016 at 1:30 p.m. to be heard in Courtroom 7, before Magistrate Judge Sheila K. Oberto. After the Hearing, Counsel for Richard Melella approached the Court Clerk and requested a change to a different Court, rather than Magistrate Judge Sheila K. Oberto, due to a just discovered conflict with Magistrate Judge Oberto.

## STIPULATION

A conflict with Honorable Sheila K. Oberto, Magistrate Judge arising, it is hereby Stipulated by Counsel that the matter be removed from Honorable Sheila K. Oberto, Magistrate Judge, Courtroom 7, to the Honorable Erica P. Grosjean, Magistrate Judge, Courtroom 10, concerning the Status Hearing regarding Violation of Supervised Release as to Richard Melella, and that the matter be heard on June 2, 2016 at 1:30 p.m. and the June 8, 2016 hearing date be vacated.

Dated: 5/5/2016                                            Dated: 5/5/2016

Signed: */s/Michael W. Berdinella*                         Signed: */s/Christopher Baker*
Michael W. Berdinella                                      Christopher Baker
Attorney for Richard Melella                               United States Assistant Attorney

## ORDER

A conflict existing, it is hereby ordered that the June 8, 2016 Status Hearing for Richard Melella, regarding a Violation of Supervised Release before the Honorable Sheila K. Oberto, Magistrate Judge, in Courtroom 7, is vacated. The matter is to be heard in Courtroom 10, 6th Floor, on June 2, 2016 at 1:30 p.m. before the Honorable Erica P. Grosjean.

Dated: May 6, 2016

Signed: E. P. /s/
Hon. Erica P. Grosjean
Magistrate Judge of the United States District Court
Eastern District of California