MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant,
Richard Melella

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RICHARD MELELLA<br><br>　　　　　Defendant. | Case No.: 1:13-cr-00267-LJO-SKO-1<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>Date: July 18, 2016<br>Time: 8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**TO: PHILLIP A. TALBERT, ACTING UNITED STATES ATTORNEY, AND CHRISTOPHER D. BAKER, ASSISTANT UNITED STATES ATTORNEY, COUNSEL FOR PLAINTIFF:**

　　　IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record, that the Sentencing hearing in the above captioned matter now set for July 18, 2016 at 8:30 am, be continued to August 8, 2016 at 8:30 a.m. The continuance is requested by counsel for Defendant, Richard Melella, Attorney Michael W. Berdinella, Counsel for Mr. Melella will need additional time to ensure that Mr. Melella has been stabilized on either Depakote or Zyprexa as advised in the report previously submitted to the court by Dr. Howsepian before West Care may admit him which the defendant will request, for the Sentencing Hearing. Counsel for Mr. Richard Melella agrees to exclude time until August 8, 2016.

　　　DATED: July 12, 2016
　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Stipulation to Continue Sentencing　　　　　　　　　　　　　　　　　　　　1

            /s/ Michael W. Berdinella
            Michael W. Berdinella
            Attorney for Defendant
            Richard Melella

DATED: July 12, 2016

            /s/Christopher D. Baker
            Christopher D. Baker
            Assistant United States Attorney

IT IS SO ORDERED that the sentencing of Richard Melella is continued until August 8, 2016 and that time is excluded in the interests of justice pursuant to 18 U.S.C.§3161 (h)(7)(A) and (B)

IT IS SO ORDERED.

Dated: **July 13, 2016**      **/s/ Lawrence J. O'Neill**
              UNITED STATES CHIEF DISTRICT JUDGE