IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:13CR00267-001 LJO |
|---|---|
| Plaintiff, | ORDER FOR RELEASE |
| v. | |
| RICHARD MELELLA | |
| Defendant. | |

The above named defendant having been sentenced on August 8, 2016,

IT IS HEREBY ORDERED that the defendant shall be released on Monday, August 15, 2016, to a representative of the Westcare Residential Drug Treatment Program in Fresno. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: **August 10, 2016**          /s/ Lawrence J. O'Neill
                                                UNITED STATES CHIEF DISTRICT JUDGE